Katherin Rehnbloom, Appellee, v. City of Berwyn, Appellant.

Gen. No. 43,302.

opinion filed June 26, 1946; rehearing denied September 18, 1946; released for publication September 19, 1946. William J. Kriz and Julius H. Selinger, for appellant; Alfred Roy Hulbert, for appellee. Opinion by JUSTICE LEWE. **Not to be published in full.**